IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT ENRIQUEZ,
HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-1916

v.

KINDRA ENRIQUEZ, WIFE,

     Appellee.

_____/

Opinion filed March 18, 2015.

An appeal from the Circuit Court for Duval County.
Frederick B. Tygart, Judge.

Jason L. Harr of The Harr Law Firm, Daytona Beach, for Appellant.

Jeffrey A. Miller of Miller Law Associates, Boca Raton, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.